# EXHIBIT 1

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000602981 / 1992-11-12

Title:               Sonic the hedgehog 2.

Description:         Videogame.

Copyright Claimant:
                     Sega Enterprises, Ltd.

Date of Creation:    1992

Date of Publication:
                     1992-11-24

Previous Registration:
                     Sonic the hedgehog preexisting.

Basis of Claim:      New Matter: new and additional audiovisual material,
                         computer programming text.

Copyright Note:      C.O. correspondence.

Other Title:         Sonic the hedgehog

Names:               Sega Enterprises, Ltd.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       TXu000593150 / 1993-11-03

Title:                 Sonic spinball.

Description:           Printout.

Notes:                 Computer program.

Copyright Claimant:
                       Sega of America, Inc.

Date of Creation:  1993

Names:                 Sega of America, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000659929 / 1994-03-07

Title:                 Sonic the hedgehog.

Description:           Videogame.

Copyright Claimant:
                       Sega Enterprises, Ltd.

Date of Creation:  1991

Date of Publication:
                       1991-04-28

Copyright Note:    C.O. correspondence.

Names:                 Sega Enterprises, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000659981 / 1994-06-22

Application Title: Sonic 3.

Title:               Sonic the hedgehog 3.

Description:         Videogame.

Copyright Claimant:
                     Sega Enterprises, Ltd. and Sega of America, Inc.

Date of Creation:  1994

Date of Publication:
                     1994-02-02

Names:               Sega Enterprises, Ltd.
                     Sega of America, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000791242 / 1996-02-07

Title:             The adventures of Sonic the Hedgehog : no. 238-119, Mystery
                      of the missing hi-tops.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-04

Authorship on Application:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                      Communications, Inc., employers for hire.

Previous Registration:
                   Prev. pub. material: Sonic the Hedgehog video and computer
                      games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-119

Other Title:       Mystery of the missing hi-tops

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.

================================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000791233 / 1996-02-07

Title:              The adventures of Sonic the Hedgehog : no. 238-120, Goodbye
                        sucker.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-09-29

Authorship on Application:
                    DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc., employers for hire.

Previous Registration:
                    Prev. pub. material: Sonic the Hedgehog video and computer
                        games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-120

Other Title:       Goodbye sucker

Names:              DIC Productions, LP
                    Sega of America, Inc.
                    Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000791232 / 1996-02-07

Title:             The adventures of Sonic the Hedgehog : no. 238-121, Sonic
                       getstrashed.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                       Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-10-19

Authorship on Application:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                       Communications, Inc., employers for hire.

Previous Registration:
                   Prev. pub. material: Sonic the Hedgehog video and computer
                       games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-121

Other Title:       Sonic getstrashed

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000791231 / 1996-02-07

Title:             The adventures of Sonic the Hedgehog : no. 238-122, Pseudo
                      Sonic.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-09-10

Authorship on Application:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                      Communications, Inc., employers for hire.

Previous Registration:
                   Prev. pub. material: Sonic the Hedgehog video and computer
                      games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-122

Other Title:       Pseudo Sonic

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.

================================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777969 / 1996-02-07

Title:               The adventures of Sonic, the hedgehog : no. 238-123.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-17

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-123

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000791230 / 1996-02-07

Title:              The adventures of Sonic the Hedgehog : no. 238-124, Tails
                       in charge.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., Bohbot
                       Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-10-11

Authorship on Application:
                    DIC Productions, LP, Sega of America, Inc., & Bohbot
                       Communications, Inc., employers for hire.

Previous Registration:
                    Prev. pub. material: Sonic the Hedgehog video and computer
                       games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-124

Other Title:       Tails in charge

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000791229 / 1996-02-07

Title:             The adventures of Sonic the Hedgehog : no. 238-125, Sno
                      problem.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-22

Authorship on Application:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                      Communications, Inc., employers for hire.

Previous Registration:
                   Prev. pub. material: Sonic the Hedgehog video and computer
                      games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-125

Other Title:       Sno problem

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777963 / 1996-02-07

Title:               The adventures of Sonic, the hedgehog : no. 238-126.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-09

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-126

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000791228 / 1996-02-07

Title:              The adventures of Sonic the Hedgehog : no. 238-127, Dream
                       on.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., Bohbot
                       Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-09-22

Authorship on Application:
                    DIC Productions, LP, Sega of America, Inc., & Bohbot
                       Communications, Inc., employers for hire.

Previous Registration:
                    Prev. pub. material: Sonic the Hedgehog video and computer
                       games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-127

Other Title:       Dream on

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000791234 / 1996-02-07

Title:             The adventures of Sonic the Hedgehog : no. 238-128, Musta
                      ... beautiful baby.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-10-12

Authorship on Application:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                      Communications, Inc., employers for hire.

Previous Registration:
                   Prev. pub. material: Sonic the Hedgehog video and computer
                      games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-128

Other Title:       Musta ... beautiful baby
                   Musta [been a] beautiful baby

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000772425 / 1996-02-07

Title:               The adventures of Sonic, the hedgehog : no. 238-129.

Description:         Videocassette ; 3/4 in.

Copyright Claimant:
                     Dic Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-22

Previous Registration:
                     Video & computer games prev. pub.; characters preexisting.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-129

Names:               Dic Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000791243 / 1996-02-07

Title:             The adventures of Sonic the Hedgehog : no. 238-130, Full
                      tilt tails.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-12

Authorship on Application:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                      Communications, Inc., employers for hire.

Previous Registration:
                   Prev. pub. material: Sonic the Hedgehog video and computer
                      games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-130

Other Title:       Full tilt tails

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791244 / 1996-02-07

Title:               The adventures of Sonic the Hedgehog : no. 238-131,
                        MacHopper.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-10

Authorship on Application:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc., employers for hire.

Previous Registration:
                     Prev. pub. material: Sonic the Hedgehog video and computer
                        games, including underlying characters.

Basis of Claim:      New Matter: all other cinematographic elements.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-131

Other Title:         MacHopper

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000772426 / 1996-02-07

Title:               The adventures of Sonic the Hedgehog : no. 238-132.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:    1993

Date of Publication:
                     1993-10-04

Basis of Claim:      New Matter: all cinematographic elements excluding the
                        underlying characters from prev. pub. video & computer
                        games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-132

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777964 / 1996-02-07

Title:               The adventures of Sonic, the hedgehog : no. 238-133.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-09

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-133

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000772423 / 1996-02-07

Title:               The adventures of Sonic, the hedgehog : no. 238-134.

Description:         Videocassette ; 3/4 in.

Copyright Claimant:
                     Dic Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation: 1993

Date of Publication:
                     1993-11-24

Previous Registration:
                     Video & computer games prev. pub.; characters preexisting.

Basis of Claim:      New Matter: all other cinematographic elements.

Variant title:       The adventures of Sonic, the hedgehog : no. 238-134

Names:               Dic Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

==============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000772427 / 1996-02-07

Title:              The adventures of Sonic the Hedgehog : no. 238-135.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-10-15

Basis of Claim:     New Matter: all cinematographic elements excluding the
                        underlying characters from prev. pub. video & computer
                        games.

Variant title:      The adventures of Sonic the Hedgehog : no. 238-135

Names:              DIC Productions, LP
                    Sega of America, Inc.
                    Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000791227 / 1996-02-07

Title:              The adventures of Sonic the Hedgehog : no. 238-136,
                        Robotnik's rival.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-09-30

Authorship on Application:
                    DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc., employers for hire.

Previous Registration:
                    Prev. pub. material: Sonic the Hedgehog video and computer
                        games, including underlying characters.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-136

Other Title:       Robotnik's rival

Names:              DIC Productions, LP
                    Sega of America, Inc.
                    Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783698 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-101.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-06

Basis of Claim:      New Matter: all cinematographic material except underlying
                        characters from prev. pub. video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-101.

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783697 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-102.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-16

Basis of Claim:      New Matter: all cinematographic material except underlying
                        characters from prev. pub. video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-102.

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000783696 / 1996-02-08

Title:             The adventures of Sonic the Hedgehog : no. 238-103.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-09-15

Basis of Claim:    New Matter: all cinematographic material except underlying
                      characters from prev. pub. video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-103.

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


==============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000783767 / 1996-02-08

Title:             The adventures of Sonic the Hedgehog : no. 238-104, Sloww
                      going.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.
                   Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-09-28

Basis of Claim:    New Matter: all cinematographic material excluding
                      characters from the video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-104

Other Title:       Sloww going.
                   Sonic the Hedgehog

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000783769 / 1996-02-08

Title:              The adventures of Sonic the Hedgehog : no. 238-105, High
                        stakes Sonic.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.
                    Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-09-20

Basis of Claim:     New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-105

Other Title:       High stakes Sonic.
                    Sonic the Hedgehog

Names:              DIC Productions, LP
                    Sega of America, Inc.
                    Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783766 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-106, Sonic
                        breakout.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-02

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-106

Other Title:         Sonic breakout.
                     Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783765 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-107, Trail
                        of the missing tails.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:    1993

Date of Publication:
                     1993-10-01

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-107

Other Title:         Trail of the missing tails.
                     Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783740 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-108.

Description:         Videocassette ; 3/4 in.

Copyright Claimant:
                     DIC Productions, Inc., Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:    1993

Date of Publication:
                     1993-10-20

Basis of Claim:      New Matter: all cinematographic material except underlying
                        characters from prev. pub. computer and video games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-108.

Names:               DIC Productions, Inc.
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===========================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783739 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-109.

Description:         Videocassette ; 3/4 in.

Copyright Claimant:
                     DIC Productions, Inc., Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-27

Basis of Claim:    New Matter: all cinematographic material except underlying
                        characters from prev. pub. computer and video games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-109.

Names:               DIC Productions, Inc.
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

=============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783760 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-110, King
                        Coconuts.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:    1993

Date of Publication:
                     1993-09-23

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-110

Other Title:         King Coconuts.
                     Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


================================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791347 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-111.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-19

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-111

Other Title:         Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


=============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791349 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-112.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                         Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-08

Basis of Claim:      New Matter: all cinematographic material excluding
                         characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-112

Other Title:         Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791345 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-113.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-06

Basis of Claim:    New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-113

Other Title:       Sonic the Hedgehog

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


================================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791344 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-114.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-24

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-114

Other Title:         Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791340 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-115.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-05

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-115

Other Title:         Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791339 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-116.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-07

Basis of Claim:    New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-116

Other Title:       Sonic the Hedgehog

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791341 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-117.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-13

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-117

Other Title:         Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


==============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791342 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-118.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-21

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-118

Other Title:         Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777971 / 1996-02-08

Title:               The adventures of Sonic, the hedgehog : no. 238-137.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-25

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-137

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000777973 / 1996-02-08

Title:              The adventures of Sonic, the hedgehog : no. 238-138.

Description:        Videocassette ; 3/4 in.

Notes:              Animation.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., Bohbot
                       Communications, Inc.

Date of Creation:   1993

Date of Publication:
                    1993-10-13

Previous Registration:
                    Video, computer games, characters preexisting.

Basis of Claim:     New Matter: all cinematographic material.

Variant title:      The adventures of Sonic, the hedgehog : no. 238-138

Names:              DIC Productions, LP
                    Sega of America, Inc.
                    Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000777970 / 1996-02-08

Title:             The adventures of Sonic, the hedgehog : no. 238-139.

Description:       Videocassette ; 3/4 in.

Notes:             Animation.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-10-21

Previous Registration:
                   Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-139

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778054 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-140.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-08

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-140

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778058 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-141.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                         Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-14

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-141

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778060 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-142.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                         Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-08

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-142

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778056 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-143.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-18

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:      New Matter: all other cinematographic elements.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-143

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000777968 / 1996-02-08

Title:             The adventures of Sonic, the hedgehog : no. 238-144.

Description:       Videocassette ; 3/4 in.

Notes:             Animation.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-01

Previous Registration:
                   Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-144

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777967 / 1996-02-08

Title:               The adventures of Sonic, the hedgehog : no. 238-145.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-05

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-145

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778055 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-146.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                         Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-14

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-146

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778061 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-147.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-07

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-147

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777966 / 1996-02-08

Title:               The adventures of Sonic, the hedgehog : no. 238-148.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-26

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-148

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777965 / 1996-02-08

Title:               The adventures of Sonic, the hedgehog : no. 238-149.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-27

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-149

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

==============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778053 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-150.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-28

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-150

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.
```

===============================================================================

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000777972 / 1996-02-08

Title:               The adventures of Sonic, the hedgehog : no. 238-151.

Description:         Videocassette ; 3/4 in.

Notes:               Animation.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-10-29

Previous Registration:
                     Video, computer games, characters preexisting.

Basis of Claim:    New Matter: all cinematographic material.

Variant title:     The adventures of Sonic, the hedgehog : no. 238-151

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000778062 / 1996-02-08

Title:             The adventures of Sonic the Hedgehog : no. 238-152.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                       Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-11

Previous Registration:
                   Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-152

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000778059 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-153.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-18

Previous Registration:
                     Video & computer games prev. pub.

Basis of Claim:    New Matter: all other cinematographic elements.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-153

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000778057 / 1996-02-08

Title:              The adventures of Sonic the Hedgehog : no. 238-154.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., Bohbot
                       Communications, Inc.

Date of Creation:   1993

Date of Publication:
                    1993-11-25

Previous Registration:
                    Video & computer games prev. pub.

Basis of Claim:     New Matter: all other cinematographic elements.

Variant title:      The adventures of Sonic the Hedgehog : no. 238-154

Names:              DIC Productions, LP
                    Sega of America, Inc.
                    Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783699 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-155.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-17

Basis of Claim:      New Matter: all cinematographic material except underlying
                        characters from prev. pub. video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-155.

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

==============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000783700 / 1996-02-08

Title:             The adventures of Sonic the Hedgehog : no. 238-156.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-26

Basis of Claim:    New Matter: all cinematographic material except underlying
                      characters from prev. pub. video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-156.

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000783706 / 1996-02-08

Title:              The adventures of Sonic the Hedgehog : no. 238-157.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-11-16

Basis of Claim:     New Matter: all cinematographic material except underlying
                        characters from prev. pub. video and computer games.

Variant title:      The adventures of Sonic the Hedgehog : no. 238-157.

Names:              DIC Productions, LP
                    Sega of America, Inc.
                    Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783702 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-158.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:    1993

Date of Publication:
                     1993-12-02

Basis of Claim:      New Matter: all cinematographic material except underlying
                        characters from prev. pub. video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-158.

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783701 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-159.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-12-01

Basis of Claim:      New Matter: all cinematographic material except underlying
                        characters from prev. pub. video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-159.

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783705 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-160.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-12-03

Basis of Claim:      New Matter: all cinematographic material except underlying
                        characters from prev. pub. video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-160.

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.

===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000783761 / 1996-02-08

Title:             The adventures of Sonic the Hedgehog : no. 238-161, 48 hour
                      sonic : a.k.a. Fat & easy.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.
                   Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                      Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-30

Basis of Claim:    New Matter: all cinematographic material excluding
                      characters from the video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-161

Other Title:       48 hour sonic
                   Fat & easy
                   Sonic the Hedgehog

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.

============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000783764 / 1996-02-08

Title:               The adventures of Sonic the Hedgehog : no. 238-162,
                        Lifestyles of the sick and twisted.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                     DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-15

Basis of Claim:      New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:       The adventures of Sonic the Hedgehog : no. 238-162

Other Title:         Lifestyles of the sick and twisted.
                     Sonic the Hedgehog

Names:               DIC Productions, LP
                     Sega of America, Inc.
                     Bohbot Communications, Inc.


==============================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000783763 / 1996-02-08

Title:              The adventures of Sonic the Hedgehog : no. 238-163, Sonic
                        is running.

Description:        Videocassette ; 3/4 in.

Notes:              Animated.
                    Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                    DIC Productions, LP, Sega of America, Inc., & Bohbot
                        Communications, Inc.

Date of Creation:  1993

Date of Publication:
                    1993-11-23

Basis of Claim:    New Matter: all cinematographic material excluding
                        characters from the video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-163

Other Title:       Sonic is running.
                   Sonic the Hedgehog

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000783762 / 1996-02-08

Title:             The adventures of Sonic the Hedgehog : no. 238-164,
                       Roboninjas.

Description:       Videocassette ; 3/4 in.

Notes:             Animated.
                   Based on Sonic the Hedgehog video and computer games.

Copyright Claimant:
                   DIC Productions, LP, Sega of America, Inc., & Bohbot
                       Communications, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-11-29

Basis of Claim:    New Matter: all cinematographic material excluding
                       characters from the video and computer games.

Variant title:     The adventures of Sonic the Hedgehog : no. 238-164

Other Title:       Roboninjas.
                   Sonic the Hedgehog

Names:             DIC Productions, LP
                   Sega of America, Inc.
                   Bohbot Communications, Inc.


===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000791361 / 1996-02-08

Title:               The adventures of Sonic, the hedgehog : no. 238-165.

Description:         Videocassette ; 3/4 in.

Notes:               Animated.
                     Episode ti.: Sonically ever after.

Copyright Claimant:
                     DIC Productions, LP, Bohbot Communications, Inc., Sega of
                         America, Inc. (employers for hire)

Date of Creation:  1993

Date of Publication:
                     1993-11-03

Previous Registration:
                     Characters in videogames & computer games prev. pub.

Basis of Claim:      New Matter: remaining materials.

Variant title:       The adventures of Sonic, the hedgehog : no. 238-165

Other Title:         Sonically ever after.

Names:               DIC Productions, LP
                     Bohbot Communications, Inc.
                     Sega of America, Inc.


===============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PAu003353780 / 2008-08-20

Application Title: Sonic Unleashed Video Excerpts and Screenshots.

Title:                Sonic Unleashed Video Excerpts and Screenshots.

Description:          Videogame.

Notes:                Videodisc (DVD) and screenshots deposited.

Copyright Claimant:
                      SEGA of America, Inc..

Date of Creation:  2008

Authorship on Application:
                      SEGA of America, Inc., employer for hire; Domicile: United
                         States. Authorship: audiovisual material and
                         screenshots.

Pre-existing Material:
                      Based on preexisting character artwork.

Basis of Claim:    All other audiovisual material and screenshots.

Names:                SEGA of America, Inc.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007563319 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1997-04-29.  Issue: no.
                        1, 4/29/1997]

Serial Publication Year:
                     1997

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 1, 4/29/1997. Created 1997; Pub. 1997-04-29. Reg.
                        2012-07-13; TX0007563319

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

=============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007563317 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1997-08-19.  Issue: no.
                       2, 8/19/1997]

Serial Publication Year:
                     1997

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                       Domicile: United States; Citizenship: United States.
                       Authorship: contribution(s) to a collective work.

Issues Registered: no. 2, 8/19/1997. Created 1997; Pub. 1997-08-19. Reg.
                     2012-07-13; TX0007563317

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                       Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                       381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007563313 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1997-10-21.  Issue: no.
                        3, 10/21/1997]

Serial Publication Year:
                     1997

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 3, 10/21/1997. Created 1997; Pub. 1997-10-21. Reg.
                     2012-07-13; TX0007563313

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007563302 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1997-12-30.  Issue: no.
                        4, 1998]

Serial Publication Year:
                     1997

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 4, 1998. Created 1997; Pub. 1997-12-30. Regarding title
                        information: "Date on copies" amended by C.O. based on
                        copy. Reg. 2012-07-13; TX0007563302

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Copyright Note:      Regarding title information: "Date on copies" amended by
                        C.O. based on copy.

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007563180 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1998-03-17.  Issue: no.
                        5, 3/17/1998]

Serial Publication Year:
                     1998

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 5, 3/17/1998. Created 1998; Pub. 1998-03-17. Reg.
                     2012-07-13; TX0007563180

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

Type of Work:        Serial

Registration Number / Date:
                     TX0007563178 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1998-06-16.  Issue: no.
                        6, 6/16/1998]

Serial Publication Year:
                     1998

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 6, 6/16/1998. Created 1998; Pub. 1998-06-16. Reg.
                     2012-07-13; TX0007563178

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

==============================================================================

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007563175 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1998-09-29.  Issue: no.
                        7, 9/29/1998]

Serial Publication Year:
                     1998

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 7, 9/29/1998. Created 1998; Pub. 1998-09-29. Reg.
                     2012-07-13; TX0007563175

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007562833 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1999-03-16.  Issue: no.
                         9, 3-16-99]

Serial Publication Year:
                     1999

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: contribution(s) to a collective work.

Issues Registered: no. 9, 3-16-99. Created 1999; Pub. 1999-03-16. Reg.
                     2012-07-13; TX0007562833

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007562829 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1999-06-15.  Issue: no.
                       10, 6/15/1999]

Serial Publication Year:
                     1999

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                       Domicile: United States; Citizenship: United States.
                       Authorship: contribution(s) to a collective work.

Issues Registered: no. 10, 6/15/1999. Created 1999; Pub. 1999-06-15. Reg.
                     2012-07-13; TX0007562829

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                       Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                       381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007562822 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:                SONIC SUPER SPECIAL.  [Published: 1999-09-21.  Issue: no.
                          11, 9/21/1999]

Serial Publication Year:
                      1999

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc., employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: contribution(s) to a collective work.

Issues Registered: no. 11, 9/21/1999. Created 1999; Pub. 1999-09-21. Reg.
                      2012-07-13; TX0007562822

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007562838 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 1999-12-29.  Issue: no.
                        8, 12/29/1999]

Serial Publication Year:
                     1999

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 8, 12/29/1999. Created 1999; Pub. 1999-12-29. Reg.
                     2012-07-13; TX0007562838

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007562818 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 2000-01-04.  Issue: no.
                        12, 1/4/00]

Serial Publication Year:
                     2000

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 12, 1/4/00. Created 2000; Pub. 2000-01-04. Reg.
                        2012-07-13; TX0007562818

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

=============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007562815 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:               SONIC SUPER SPECIAL.  [Published: 2000-01-04.  Issue: no.
                        13, 01/04/2000]

Serial Publication Year:
                     2000

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: contribution(s) to a collective work.

Issues Registered: no. 13, 01/04/2000. Created 2000; Pub. 2000-01-04. Reg.
                        2012-07-13; TX0007562815

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007562811 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:                 SONIC SUPER SPECIAL.  [Published: 2000-06-01.  Issue: no.
                          14, 06/01/2000]

Serial Publication Year:
                       2000

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: contribution(s) to a collective work.

Issues Registered: no. 14, 06/01/2000. Created 2000; Pub. 2000-06-01. Reg.
                       2012-07-13; TX0007562811

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007562780 / 2012-07-13

Application Title: SONIC SUPER SPECIAL

Title:                 SONIC SUPER SPECIAL.  [Published: 2000-11-01.  Issue: no.
                          15, Feb 2001]

Serial Publication Year:
                       2000

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: contribution(s) to a collective work.

Issues Registered: no. 15, Feb 2001. Created 2000; Pub. 2000-11-01. Regarding
                       title information: Date on copies amended per statement
                       on copies. Reg. 2012-07-13; TX0007562780

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Copyright Note:        Regarding title information: Date on copies amended per
                          statement on copies.

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604911 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2005-09-07.  Issue: no. 1, Nov 2005]

Serial Publication Year:
                       2005

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: compilation.

Issues Registered: no. 1, Nov 2005. Created 2005; Pub. 2005-09-07. Reg.
                       2012-09-19; TX0007604911

Rights and Permissions:
                       Archie Comic Publications, Inc., 325 Fayette Ave,
                         Mamaroneck, NY, 10543, United States

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007617978 / 2012-09-17

Application Title: SONIC X

Title:               SONIC X.  [Published: 2005-10-05.  Issue: no. 2, Dec 2005]

Serial Publication Year:
                     2005

Description:         Print material.

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: compilation.

Issues Registered: no. 2, Dec 2005. Created 2005; Pub. 2005-10-05. Reg.
                     2012-09-17; TX0007617978

Rights and Permissions:
                     Archie Comic Publications, Inc., 325 Fayette Ave,
                         Mamaroneck, NY, 10543, United States

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007605205 / 2012-09-17

Application Title: SONIC X

Title:               SONIC X.  [Published: 2005-11-02.  Issue: no. 3, Jan 2006]

Serial Publication Year:
                     2005

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: compilation.

Issues Registered: no. 3, Jan 2006. Created 2005; Pub. 2005-11-02. Reg.
                     2012-09-17; TX0007605205

Rights and Permissions:
                     Archie Comic Publications, Inc., 325 Fayette Ave,
                        Mamaroneck, NY, 10543, United States, (914) 381-5155
                        xext211

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007605203 / 2012-09-17

Application Title: SONIC X

Title:                SONIC X.  [Published: 2005-11-30.  Issue: no. 4, Feb 2006]

Serial Publication Year:
                      2005

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: compilation.

Issues Registered: no. 4, Feb 2006. Created 2005; Pub. 2005-11-30. Reg.
                      2012-09-17; TX0007605203

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007605201 / 2012-09-17

Application Title: SONIC X

Title:               SONIC X.  [Published: 2006-01-25.  Issue: no. 5, April
                        2006]

Serial Publication Year:
                     2006

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: compilation.

Issues Registered: no. 5, April 2006. Created 2006; Pub. 2006-01-25. Reg.
                     2012-09-17; TX0007605201

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007605184 / 2012-09-17

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2006-02-22.  Issue: no. 6, May 2006]

Serial Publication Year:
                       2006

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: compilation.

Issues Registered: no. 6, May 2006. Created 2006; Pub. 2006-02-22. Reg.
                       2012-09-17; TX0007605184

Rights and Permissions:
                       Deborah Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007605180 / 2012-09-17

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2006-03-22.  Issue: no. 7, June 2006]

Serial Publication Year:
                       2006

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: compilation.

Issues Registered: no. 7, June 2006. Created 2006; Pub. 2006-03-22. Reg.
                       2012-09-17; TX0007605180

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007605172 / 2012-09-17

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2006-04-19.  Issue: no. 8, July 2006]

Serial Publication Year:
                       2006

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: compilation.

Issues Registered: no. 8, July 2006. Created 2006; Pub. 2006-04-19. Reg.
                       2012-09-17; TX0007605172

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007605168 / 2012-09-17

Application Title: SONIC X

Title:               SONIC X.  [Published: 2006-06-28.  Issue: no. 10, Aug 2006]

Serial Publication Year:
                     2006

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: compilation.

Issues Registered: no. 10, Aug 2006. Created 2006; Pub. 2006-06-28. Reg.
                     2012-09-17; TX0007605168

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

=============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604931 / 2012-09-17

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2006-06-28.  Issue: no. 9, July 2006]

Serial Publication Year:
                       2006

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: compilation.

Issues Registered: no. 9, July 2006. Created 2006; Pub. 2006-06-28. Reg.
                       2012-09-17; TX0007604931

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

Type of Work:          Serial

Registration Number / Date:
                       TX0007604940 / 2012-09-17

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2006-07-22.  Issue: no. 12, Nov 2006]

Serial Publication Year:
                       2006

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: compilation.

Issues Registered: no. 12, Nov 2006. Created 2006; Pub. 2006-07-22. Reg.
                       2012-09-17; TX0007604940

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007605164 / 2012-09-17

Application Title: SONIC X

Title:               SONIC X.  [Published: 2006-07-26.  Issue: no. 11, Sept
                        2006]

Serial Publication Year:
                     2006

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc., employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: compilation.

Issues Registered: no. 11, Sept 2006. Created 2006; Pub. 2006-07-26. Reg.
                     2012-09-17; TX0007605164

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007605175 / 2012-09-17

Application Title: SONIC X

Title:                SONIC X.  [Published: 2006-10-25.  Issue: no. 13, Dec 2006]

Serial Publication Year:
                      2006

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: compilation.

Issues Registered: no. 13, Dec 2006. Created 2006; Pub. 2006-10-25. Reg.
                      2012-09-17; TX0007605175

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604935 / 2012-09-17

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2006-11-01.  Issue: no. 14, Jan 2006]

Serial Publication Year:
                       2006

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: compilation.

Issues Registered: no. 14, Jan 2006. Created 2006; Pub. 2006-11-01. Reg.
                       2012-09-17; TX0007604935

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604933 / 2012-09-17

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2006-12-13.  Issue: no. 15, Feb 2007]

Serial Publication Year:
                       2006

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc., employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: compilation.

Issues Registered: no. 15, Feb 2007. Created 2006; Pub. 2006-12-13. Reg.
                       2012-09-17; TX0007604933

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007604912 / 2012-09-19

Application Title: SONIC X

Title:               SONIC X.  [Published: 2007-02-09.  Issue: no. 16, Mar 2007]

Serial Publication Year:
                     2007

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 16, Mar 2007. Created 2007; Pub. 2007-02-09. Reg.
                     2012-09-19; TX0007604912

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

=============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007605207 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-03-16.  Issue: no. 17, April
                          2007]

Serial Publication Year:
                       2007

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 17, April 2007. Created 2007; Pub. 2007-03-16. Reg.
                       2012-09-19; TX0007605207

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:           Serial

Registration Number / Date:
                        TX0007605212 / 2012-09-19

Application Title: SONIC X

Title:                  SONIC X.  [Published: 2007-04-13.  Issue: no. 18, May 2007]

Serial Publication Year:
                        2007

Frequency:              Monthly.

Copyright Claimant:
                        SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                        United States

Authorship on Application:
                        Archie Comic Publications, Inc. (author of anonymous
                           contribution), employer for hire; Domicile: United
                           States; Citizenship: United States. Authorship:
                           compilation.

Issues Registered: no. 18, May 2007. Created 2007; Pub. 2007-04-13. Reg.
                        2012-09-19; TX0007605212

Rights and Permissions:
                        Debbie Monserrate, Archie Comic Publications, Inc., 325
                           Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                           381-5155 xext211, debm@archiecomics.com

Names:                  Archie Comic Publications, Inc.
                        SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007605218 / 2012-09-19

Application Title: SONIC X

Title:               SONIC X.  [Published: 2007-05-03.  Issue: no. 19, June
                        2007]

Serial Publication Year:
                     2007

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 19, June 2007. Created 2007; Pub. 2007-05-03. Reg.
                     2012-09-19; TX0007605218

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007617976 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-05-31.  Issue: no. 20, July
                          2007]

Serial Publication Year:
                       2007

Description:           Print material.

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 20, July 2007. Created 2007; Pub. 2007-05-31. Reg.
                       2012-09-19; TX0007617976

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


==============================================================================
```

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007605216 / 2012-09-19

Application Title: SONIC X

Title:                SONIC X.  [Published: 2007-07-02.  Issue: no. 21, Aug 2007]

Serial Publication Year:
                      2007

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 21, Aug 2007. Created 2007; Pub. 2007-07-02. Reg.
                      2012-09-19; TX0007605216

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.

==============================================================================
```

Type of Work:          Serial

Registration Number / Date:
                       TX0007605214 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-07-30.  Issue: no. 22, Sept
                          2007]

Serial Publication Year:
                       2007

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 22, Sept 2007. Created 2007; Pub. 2007-07-30. Reg.
                       2012-09-19; TX0007605214

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007605119 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-08-27.  Issue: no. 23, Oct 2007]

Serial Publication Year:
                       2007

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 23, Oct 2007. Created 2007; Pub. 2007-08-27. Reg.
                       2012-09-19; TX0007605119

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007605116 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-09-24.  Issue: no. 24, Nov 2007]

Serial Publication Year:
                       2007

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 24, Nov 2007. Created 2007; Pub. 2007-09-24. Reg.
                       2012-09-19; TX0007605116

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

================================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604938 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-10-22.  Issue: no. 25, Dec 2007]

Serial Publication Year:
                       2007

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 25, Dec 2007. Created 2007; Pub. 2007-10-22. Reg.
                       2012-09-19; TX0007604938

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604930 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-11-07.  Issue: no. 26, Jan 2008]

Serial Publication Year:
                       2007

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 26, Jan 2008. Created 2007; Pub. 2007-11-07. Reg.
                       2012-09-19; TX0007604930

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604928 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2007-12-17.  Issue: no. 27, Feb 2008]

Serial Publication Year:
                       2007

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 27, Feb 2008. Created 2007; Pub. 2007-12-17. Reg.
                       2012-09-19; TX0007604928

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604925 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-01-14.  Issue: no. 28, Mar 2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 28, Mar 2008. Created 2008; Pub. 2008-01-14. Reg.
                       2012-09-19; TX0007604925

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604921 / 2012-09-19

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-02-11.  Issue: no. 29, Mar 2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 29, Mar 2008. Created 2008; Pub. 2008-02-11. Reg.
                       2012-09-19; TX0007604921

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604909 / 2012-09-24

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-03-10.  Issue: no. 30,
                       03/10/2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 30, 03/10/2008. Created 2008; Pub. 2008-03-10. Reg.
                       2012-09-24; TX0007604909

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604907 / 2012-09-24

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-03-26.  Issue: no. 31,
                       03/26/2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 31, 03/26/2008. Created 2008; Pub. 2008-03-26. Reg.
                       2012-09-24; TX0007604907

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604905 / 2012-09-24

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-04-23.  Issue: no. 32,
                          04/23/2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 32, 04/23/2008. Created 2008; Pub. 2008-04-23. Reg.
                       2012-09-24; TX0007604905

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604904 / 2012-09-24

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-05-28.  Issue: no. 33,
                          05/28/2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 33, 05/28/2008. Created 2008; Pub. 2008-05-28. Reg.
                       2012-09-24; TX0007604904

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604903 / 2012-09-24

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-06-25.  Issue: no. 34,
                       06/25/2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                           contribution), employer for hire; Domicile: United
                           States; Citizenship: United States. Authorship:
                           compilation.

Issues Registered: no. 34, 06/25/2008. Created 2008; Pub. 2008-06-25. Reg.
                       2012-09-24; TX0007604903

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                           Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                           381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

================================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007604877 / 2012-09-24

Application Title: SONIC X

Title:               SONIC X.  [Published: 2008-07-23.  Issue: no. 35,
                        07/23/2008]

Serial Publication Year:
                     2008

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 35, 07/23/2008. Created 2008; Pub. 2008-07-23. Reg.
                     2012-09-24; TX0007604877

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604398 / 2012-09-24

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-08-27.  Issue: no. 36,
                       08/27/2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 36, 08/27/2008. Created 2008; Pub. 2008-08-27. Reg.
                       2012-09-24; TX0007604398

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007604138 / 2012-09-24

Application Title: SONIC X

Title:                 SONIC X.  [Published: 2008-09-24.  Issue: no. 37,
                       09/24/2008]

Serial Publication Year:
                       2008

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 37, 09/24/2008. Created 2008; Pub. 2008-09-24. Reg.
                       2012-09-24; TX0007604138

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007604076 / 2012-09-24

Application Title: SONIC X

Title:               SONIC X.  [Published: 2008-10-22.  Issue: no. 38,
                        10/22/2008]

Serial Publication Year:
                     2008

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 38, 10/22/2008. Created 2008; Pub. 2008-10-22. Reg.
                     2012-09-24; TX0007604076

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

Type of Work:        Serial

Registration Number / Date:
                     TX0007603702 / 2012-09-24

Application Title: SONIC X

Title:               SONIC X.  [Published: 2008-11-26.  Issue: no. 39,
                     11/26/2008]

Serial Publication Year:
                     2008

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                     contribution), employer for hire; Domicile: United
                     States; Citizenship: United States. Authorship:
                     compilation.

Issues Registered: no. 39, 11/26/2008. Created 2008; Pub. 2008-11-26. Reg.
                     2012-09-24; TX0007603702

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                     Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                     381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007602871 / 2012-09-24

Application Title: SONIC X

Title:                SONIC X.  [Published: 2008-12-24.  Issue: no. 40, 12/24/08]

Serial Publication Year:
                      2008

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 40, 12/24/08. Created 2008; Pub. 2008-12-24. Reg.
                      2012-09-24; TX0007602871

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007606123 / 2012-09-25

Application Title: Sonic Quest: Death Egg Saga

Title:                 Sonic Quest: Death Egg Saga.  [Published: 1996-08-26.
                          Issue: no. 1, Dec 1996]

Serial Publication Year:
                       1996

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 1, Dec 1996. Created 1996; Pub. 1996-08-26. Reg.
                       2012-09-25; TX0007606123

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007606123 / 2012-09-25

Application Title: Sonic Quest: Death Egg Saga

Title:                Sonic Quest: Death Egg Saga.  [Published: 1996-08-26.
                        Issue: no. 1, Dec 1996]

Serial Publication Year:
                      1996

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 1, Dec 1996. Created 1996; Pub. 1996-08-26. Reg.
                      2012-09-25; TX0007606123

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007606128 / 2012-09-25

Application Title: Sonic Quest: Death Egg Saga

Title:                 Sonic Quest: Death Egg Saga.  [Published: 1996-09-15.
                          Issue: no. 2, Jan 1997]

Serial Publication Year:
                       1996

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 2, Jan 1997. Created 1996; Pub. 1996-09-15. Reg.
                       2012-09-25; TX0007606128

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007606137 / 2012-09-25

Application Title: Sonic Quest: Death Egg Saga

Title:                Sonic Quest: Death Egg Saga.  [Published: 1996-11-16.
                         Issue: no. 3, Feb 1997]

Serial Publication Year:
                      1996

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 3, Feb 1997. Created 1996; Pub. 1996-11-16. Reg.
                      2012-09-25; TX0007606137

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007617975 / 2012-09-25

Application Title: Sonic the Hedgehog Buddy "Tail's"

Title:               Sonic the Hedgehog Buddy "Tail's".  [Published: 1995-08-17.
                        Issue: no. 1, Dec 1995]

Serial Publication Year:
                     1995

Description:         Print material.

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 1, Dec 1995. Created 1995; Pub. 1995-08-17. Reg.
                     2012-09-25; TX0007617975

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007617973 / 2012-09-25

Application Title: Sonic the Hedgehog Buddy "Tail's"

Title:               Sonic the Hedgehog Buddy "Tail's".  [Published: 1995-09-26.
                         Issue: no. 2, Jan 1996]

Serial Publication Year:
                     1995

Description:         Print material.

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 2, Jan 1996. Created 1995; Pub. 1995-09-26. Reg.
                     2012-09-25; TX0007617973

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007617970 / 2012-09-25

Application Title: Sonic the Hedgehog Buddy "Tail's"

Title:                 Sonic the Hedgehog Buddy "Tail's".  [Published: 1995-10-31.
                          Issue: no. 3, Feb 1996]

Serial Publication Year:
                       1995

Description:           Print material.

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 3, Feb 1996. Created 1995; Pub. 1995-10-31. Reg.
                       2012-09-25; TX0007617970

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007609679 / 2012-09-25

Application Title: Sonic the Hedgehog Presents "Princess Sally"

Title:                 Sonic the Hedgehog Presents "Princess Sally".  [Published:
                          1995-04-12.  Issue: no. 1, April, 1995]

Serial Publication Year:
                       1995

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 1, April, 1995. Created 1995; Pub. 1995-04-12. Reg.
                       2012-09-25; TX0007609679

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007609635 / 2012-09-25

Application Title: Sonic the Hedgehog Presents "Princess Sally"

Title:               Sonic the Hedgehog Presents "Princess Sally".  [Published:
                        1995-05-23.  Issue: no. 2, May 1995]

Serial Publication Year:
                     1995

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 2, May 1995. Created 1995; Pub. 1995-05-23. Reg.
                        2012-09-25; TX0007609635

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007609608 / 2012-09-25

Application Title: Sonic the Hedgehog Presents "Princess Sally"

Title:               Sonic the Hedgehog Presents "Princess Sally".  [Published:
                        1995-06-25.  Issue: no. 3, June 1995]

Serial Publication Year:
                     1995

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 3, June 1995. Created 1995; Pub. 1995-06-25. Reg.
                     2012-09-25; TX0007609608

Rights and Permissions:
                      Debbie  Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007606111 / 2012-10-08

Application Title: Sonic & Knuckles "Mecha Madness  Special"

Title:                 Sonic & Knuckles "Mecha Madness  Special".  [Published:
                          1996-06-17.  Issue: no. 1, 06/17/1996]

Serial Publication Year:
                       1996

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 1, 06/17/1996. Created 1996; Pub. 1996-06-17. Reg.
                          2012-10-08; TX0007606111

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

==============================================================================
```

Type of Work:           Serial

Registration Number / Date:
                        TX0007609228 / 2012-10-08

Application Title: Sonic & Knuckles

Title:                  Sonic & Knuckles.  [Published: 1995-10-03.  Issue: no. 1,
                        10/03/1995]

Serial Publication Year:
                        1995

Frequency:              Monthly.

Copyright Claimant:
                        SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                        United States

Authorship on Application:
                        Archie Comic Publications, Inc. (author of anonymous
                           contribution), employer for hire; Domicile: United
                           States; Citizenship: United States. Authorship:
                           compilation.

Issues Registered: no. 1, 10/03/1995. Created 1995; Pub. 1995-10-03. Reg.
                        2012-10-08; TX0007609228

Rights and Permissions:
                        Debbie Monserrate, Archie Comic Publications, Inc., 325
                           Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                           381-5155 xext211, debm@archiecomics.com

Names:                  Archie Comic Publications, Inc.
                        SEGA OF AMERICA, INC.

==============================================================================

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007609248 / 2012-10-08

Application Title: Sonic Adventures "Nights Into Dreams"

Title:                Sonic Adventures "Nights Into Dreams".  [Published:
                      1997-01-20.  Issue: no. 3, 1/20/1997]

Serial Publication Year:
                      1997

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 3, 1/20/1997. Created 1997; Pub. 1997-01-20. Reg.
                      2012-10-08; TX0007609248

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:         Serial

Registration Number / Date:
                      TX0007609603 / 2012-10-08

Application Title: Sonic Adventures "Nights Into Dreams"

Title:                Sonic Adventures "Nights Into Dreams".  [Published:
                        1997-11-18.  Issue: no. 1, Feb 1998]

Serial Publication Year:
                      1997

Frequency:            Monthly.

Copyright Claimant:
                      SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                      United States

Authorship on Application:
                      Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 1, Feb 1998. Created 1997; Pub. 1997-11-18. Reg.
                      2012-10-08; TX0007609603

Rights and Permissions:
                      Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:                Archie Comic Publications, Inc.
                      SEGA OF AMERICA, INC.


===============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007609483 / 2012-10-08

Application Title: Sonic Adventures "Nights Into Dreams"

Title:                 Sonic Adventures "Nights Into Dreams".  [Published:
                          1997-12-16.  Issue: no. 2, Mar 1998]

Serial Publication Year:
                       1997

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 2, Mar 1998. Created 1997; Pub. 1997-12-16. Reg.
                       2012-10-08; TX0007609483

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.

===============================================================================
```

```
Type of Work:        Serial

Registration Number / Date:
                     TX0007609242 / 2012-10-08

Application Title: Sonic Adventures "Nights Into Dreams"

Title:               Sonic Adventures "Nights Into Dreams".  [Published:
                     1998-05-26.  Issue: no. 4, Aug. 1998]

Serial Publication Year:
                     1998

Frequency:           Monthly.

Copyright Claimant:
                     SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                     United States

Authorship on Application:
                     Archie Comic Publications, Inc. (author of anonymous
                        contribution), employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        compilation.

Issues Registered: no. 4, Aug. 1998. Created 1998; Pub. 1998-05-26. Reg.
                     2012-10-08; TX0007609242

Rights and Permissions:
                     Debbie Monserrate, Archie Comic Publications, Inc., 325
                        Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                        381-5155 xext211, debm@archiecomics.com

Names:               Archie Comic Publications, Inc.
                     SEGA OF AMERICA, INC.


=============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007609194 / 2012-10-08

Application Title: Sonic Blast

Title:                 Sonic Blast.  [Published: 1996-11-15.  Issue: no. 1,
                          11/15/1996]

Serial Publication Year:
                       1996

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 1, 11/15/1996. Created 1996; Pub. 1996-11-15. Reg.
                       2012-10-08; TX0007609194

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007609230 / 2012-10-08

Application Title: Sonic Live

Title:                 Sonic Live.  [Published: 1996-09-17.  Issue: no. 1,
                         09/17/1996]

Serial Publication Year:
                       1996

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                         contribution), employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship:
                         compilation.

Issues Registered: no. 1, 09/17/1996. Created 1996; Pub. 1996-09-17. Reg.
                       2012-10-08; TX0007609230

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                         Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                         381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


==============================================================================
```

```
Type of Work:           Serial

Registration Number / Date:
                        TX0007609187 / 2012-10-08

Application Title: Sonic the Hedgehog "In Your Face"

Title:                  Sonic the Hedgehog "In Your Face".  [Published: 1997-01-15.
                           Issue: no. 1, 01/15/1997]

Serial Publication Year:
                        1997

Frequency:              Monthly.

Copyright Claimant:
                        SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                        United States

Authorship on Application:
                        Archie Comic Publications, Inc. (author of anonymous
                           contribution), employer for hire; Domicile: United
                           States; Citizenship: United States. Authorship:
                           compilation.

Issues Registered: no. 1, 01/15/1997. Created 1997; Pub. 1997-01-15. Reg.
                        2012-10-08; TX0007609187

Rights and Permissions:
                        Debbie Monserrate, Archie Comic Publications, Inc., 325
                           Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                           381-5155 xext211, debm@archiecomics.com

Names:                  Archie Comic Publications, Inc.
                        SEGA OF AMERICA, INC.


=============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007609198 / 2012-10-08

Application Title: Sonic Triple Trouble

Title:                 Sonic Triple Trouble.  [Published: 1995-06-28.  Issue: no.
                          1, 06/28/1995]

Serial Publication Year:
                       1995

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                          contribution), employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          compilation.

Issues Registered: no. 1, 06/28/1995. Created 1995; Pub. 1995-06-28. Reg.
                       2012-10-08; TX0007609198

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                          Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                          381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


==============================================================================
```

```
Type of Work:          Serial

Registration Number / Date:
                       TX0007609235 / 2012-10-08

Application Title: Sonic vs. Knuckles

Title:                 Sonic vs. Knuckles.  [Published: 1995-04-17.  Issue: no. 1,
                           04/17/1995]

Serial Publication Year:
                       1995

Frequency:             Monthly.

Copyright Claimant:
                       SEGA OF AMERICA, INC., Transfer: By written agreement.

Nation of First Publication:
                       United States

Authorship on Application:
                       Archie Comic Publications, Inc. (author of anonymous
                           contribution), employer for hire; Domicile: United
                           States; Citizenship: United States. Authorship:
                           compilation.

Issues Registered: no. 1, 04/17/1995. Created 1995; Pub. 1995-04-17. Reg.
                       2012-10-08; TX0007609235

Rights and Permissions:
                       Debbie Monserrate, Archie Comic Publications, Inc., 325
                           Fayette Ave, Mamaroneck, NY, 10543, United States, (914)
                           381-5155 xext211, debm@archiecomics.com

Names:                 Archie Comic Publications, Inc.
                       SEGA OF AMERICA, INC.


===============================================================================
```

Firefox

```
Type of Work:        Dramatic Work and Music; or Choreography

Registration Number / Date:
                     TX0008029049 / 2015-01-22

Application Title: Sonic Boom.

Title:               Sonic Boom.

Description:         Electronic file (eService)

Series:              Sonic Boom; No. 101-152; Volume Season 1

Copyright Claimant:
                     Sega of America, Inc.

Date of Creation:  2014

Date of Publication:
                     2015-01-21

Nation of First Publication:
                     United States

Authorship on Application:
                     Sega of America, Inc., employer for hire; Citizenship:
                        United States. Authorship: text.

Names:               Sega of America, Inc.

===============================================================================
```

```
Type of Work:           Preregistration

Type of Work Preregistered:
                        Motion Picture

Preregistration Number / Date:
                        PRE000010948 / 2019-07-22

Application Title: Sonic the Hedgehog

Title:                  Sonic the Hedgehog

Copyright Claimant:
                        Paramount Pictures Corporation.
                        SEGA of America, Inc.

Creation of Work Began:
                        2018-07 (Approximate)

Date of Anticipated Completion:
                        2019-12 (Approximate)

Projected Date of Publication:
                        2020-02-14 (Approximate)

Authorship on Application:
                        Paramount Pictures Corporation.
                        SEGA of America, Inc.

Description of Work:
                        Sonic the Hedgehog, a super-speedy blue alien, teams up
                          with a small-town cop to battle the forces of evil,
                          including a mad scientist who hopes to take over the
                          world ? and a lizard warrior who wants to steal Sonic?s
                          power and use it to conquer the universe.  Starring Jim
                          Carrey,  James Marsden and Ben Schwartz, and being
                          directed by Jeff Fowler.

Names:                  Paramount Pictures Corporation
                        SEGA of America, Inc.


=============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002228951 / 2020-02-18

Application Title: Sonic the Hedgehog.

Title:               Sonic the Hedgehog.

Description:         Videocassette (HDcam SR)

Copyright Claimant:
                     Paramount Pictures Corporation.
                     SEGA of America, Inc.

Date of Creation:  2020

Date of Publication:
                     2020-02-14

Nation of First Publication:
                     United States

Authorship on Application:
                     Paramount Pictures Corporation, employer for hire;
                        Domicile: United States. Authorship: entire motion
                        picture.
                     SEGA of America, Inc., employer for hire; Domicile: United
                        States. Authorship: entire motion picture.

Preregistered as:  PRE000010948

Pre-existing Material:
                     preexisting music.

Basis of Claim:    all other cinematographic material.

Names:               Fowler, Jeff
                     Paramount Pictures Corporation
                     SEGA of America, Inc.


================================================================================
```

```
Type of Work:           Preregistration

Type of Work Preregistered:
                        Motion Picture

Preregistration Number / Date:
                        PRE000011798 / 2021-04-09

Application Title: Sonic the Hedgehog 2

Title:                  Sonic the Hedgehog 2

Copyright Claimant:
                        Paramount Pictures Corporation.
                        SEGA of America, Inc.

Creation of Work Began:
                        2021-03-15 (Approximate)

Date of Anticipated Completion:
                        2022-02 (Approximate)

Projected Date of Publication:
                        2022- (Approximate)

Authorship on Application:
                        Paramount Pictures Corporation.
                        SEGA of America, Inc.

Description of Work:
                        After settling in Green Hills, Sonic is ready for more
                          freedom, and Tom and Maddie agree to leave him home
                          while they go on vacation. But, no sooner are they gone,
                          when Dr. Robotnik comes back, this time with a new
                          partner, Knuckles, in search for an emerald that has the
                          power to both build and destroy civilizations. Sonic
                          teams up with his own sidekick, Tails, and together they
                          embark on a journey to find the emerald before it falls
                          into the wrong hands.  Being directed by Jeff Fowler,
                          and starring Jim Carrey, James Marsden, and Ben
                          Schwartz.

Names:                  Paramount Pictures Corporation
                        SEGA of America, Inc.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002344266 / 2022-04-08

Application Title: Sonic the Hedgehog 2.

Title:               Sonic the Hedgehog 2.

Description:         Videocassette (HDCam SR) ; 1/2 in.

Copyright Claimant:
                     Paramount Pictures Corporation.
                     SEGA of America, Inc.

Date of Creation:  2022

Date of Publication:
                     2022-04-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Paramount Pictures Corporation, employer for hire;
                        Domicile: United States. Authorship: entire motion
                        picture.
                     SEGA of America, Inc., employer for hire; Domicile: United
                        States. Authorship: entire motion picture.

Preregistered as:  PRE000011798

Pre-existing Material:
                     preexisting music, based on the SEGA Video Game.

Basis of Claim:      all other cinematographic material.

Copyright Note:      C.O. correspondence.

Names:               Fowler, Jeff
                     Paramount Pictures Corporation
                     SEGA of America, Inc.


================================================================================
```